UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

GRAND JURY N-16-3

**FILED**

2017 JUL 20  PM 4 29

**U.S. DISTRICT COURT**
NEW HAVEN, CT.

| | |
|---|---|
| UNITED STATES OF AMERICA | : Criminal No. |
| | : |
| v. | : VIOLATIONS: |
| | : |
| ORLANDO QUIROS, a.k.a. "O," a.k.a. "Gordo"; | : 21 U.S.C. §§ 841(a)(1) and 846 |
| LEONEL QUIROS, a.k.a. "Haze"; | : (Conspiracy to Distribute, and to |
| COREY BEST; | : Possess with Intent to Distribute, |
| LISETTE PEREZ; | : Cocaine) |
| STEVEN RICCELLI; | : |
| LUIS ARROYO; and | : 21 U.S.C. §§ 841(a)(1) and 846 |
| OMAR RIVERA, a.k.a. "O" | : (Attempt to Possess with Intent to |
| | : Distribute Cocaine) |
| | : |
| | : 18 U.S.C. § 1952(a)(1) |
| | : (Use of Facility to Distribute Drug |
| | : Proceeds) |

INDICTMENT

The Grand Jury charges:

COUNT ONE
(Conspiracy to Distribute and to Possess With Intent to Distribute Cocaine)

1.     From approximately January 2017 through July 20, 2017, the exact dates being
unknown to the Grand Jury, in the District of Connecticut and elsewhere, the defendants
ORLANDO QUIROS, a.k.a. "O," a.k.a. "Gordo"; LEONEL QUIROS, a.k.a. "Haze"; COREY
BEST; LISETTE PEREZ; STEVEN RICCELLI; LUIS ARROYO; OMAR RIVERA, a.k.a. "O";
and others known and unknown to the Grand Jury, knowingly and intentionally conspired together
and with one another, to possess with intent to distribute, and to distribute, a controlled substance,
namely a mixture and substance containing a detectable amount of cocaine, a Schedule II
controlled substance, contrary to the provisions of Title 21, United States Code, Section 841(a)(1).

1

QUANTITY OF COCAINE INVOLVED IN THE CONSPIRACY

2.  Defendants ORLANDO QUIROS, a.k.a. "O," a.k.a. "Gordo"; LEONEL QUIROS, a.k.a. "Haze"; COREY BEST; LISETTE PEREZ; STEVEN RICCELLI; and LUIS ARROYO, knew and reasonably should have foreseen from their own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved 5 kilograms or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(A)(ii).

3.  Defendant OMAR RIVERA, a.k.a. "O," knew and reasonably should have foreseen from his own conduct and that of other members of the narcotics conspiracy charged in Count One that the conspiracy involved 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

All in violation of Title 21, United States Code, Section 846.

COUNT TWO
(Attempt to Possess with Intent to Distribute Cocaine)

4.  On or about June 9, 2017, in the District of Connecticut, the defendants ORLANDO QUIROS, a.k.a. "O," a.k.a. "Gordo"; LEONEL QUIROS, a.k.a. "Haze"; and COREY BEST knowingly and intentionally attempted to possess with intent to distribute 500 grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B)(ii).

All in violation of Title 21, United States Code, Section 846.

**COUNT THREE**
(Use of a Facility in Interstate Commerce to Distribute the Proceeds of Drug Trafficking)

5.     On or about July 12, 2017, in the District of Connecticut and elsewhere, the defendant ORLANDO QUIROS, a.k.a. "O," a.k.a. "Gordo," used a facility in interstate commerce, namely a cellular telephone, with the intent to distribute the proceeds of an unlawful activity, namely conspiring to possess with intent to distribute and to distribute cocaine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 846, and thereafter performed and attempted to perform an act to distribute the proceeds of such unlawful activity.

In violation of Title 18, United States Code, Section 1952(a)(1).

**FORFEITURE ALLEGATION**
(Controlled Substances Offenses)

6.     Upon conviction of one or more of the controlled substance offenses alleged in Counts One and Two of this Indictment, the defendants ORLANDO QUIROS, a.k.a. "O," a.k.a. "Gordo"; LEONEL QUIROS, a.k.a. "Haze"; COREY BEST; LISETTE PEREZ; STEVEN RICCELLI; LUIS ARROYO; and OMAR RIVERA, a.k.a. "O," shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, all right, title, and interest in any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the violations of Title 21, United States Code, Sections 841 and 846, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the said violations, and a sum of money equal to the total amount of proceeds obtained as a result of the offenses.

7.     If any of the above-described forfeitable property, as a result of any act or omission of the said defendants named in this Indictment: (a) cannot be located upon the exercise of due diligence; (b) has been transferred or sold to, or deposited with, a third person; (c) has been placed beyond the jurisdiction of the United States District Court for the District of Connecticut; (d) has

3

been substantially diminished in value; or (e) has been commingled with other property that cannot be subdivided without difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the said defendants, up to the value of the above-described forfeitable property.

All in accordance with Title 21, United States Code, Section 853 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

A TRUE BILL,

/s/
FOREPERSON

UNITED STATES OF AMERICA

DEIRDRE M. DALY
UNITED STATES ATTORNEY

H. GORDON HALL
ASSISTANT UNITED STATES ATTORNEY