✓

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2018 JUL 17 P 3:49

US DISTRICT COURT
HARTFORD CT

UNITED STATES OF AMERICA :
:
: Criminal No. 3:17-CR-160(VLB)
v. :
:
Orlando Quiros :

## PETITION TO ENTER PLEA OF GUILTY PURSUANT TO RULES 10 AND 11 OF THE FEDERAL RULES OF CRIMINAL PROCEDURE

The above-named defendant respectfully petitions this Court to permit him/her to plead "GUILTY" to <u>Counts One and Five</u> of the Indictment/Information in Criminal No. <u>3:17-CR-160</u>(VLB) charging him/her with <u>Conspiracy to Possess with Intent to Distribute at Least 5 Kilograms of Cocaine and Possession of a Firearm by a Convicted Felon</u> in violation of <u>21 U.S.C. §§ 841(a)(1) and 841 (b)(1)(A) and 18 U.S.C. §§ 922(g) and 924(a)(2).</u>

The following is <u>my own statement</u> as to what occurred, which shows that I am, in fact, guilty of each charge to which I am now offering to plead "GUILTY." *[Defendant must set forth, in his/her own handwriting, or through an interpreter, his/her own statement as to each count with which he/she is charged. Repeating the elements of the offense is not sufficient. Use additional sheets as necessary and attach them to this petition]:*

<u>Count one: I was involved in a conspiracy to possess with intent to distribute 5 to 15 Kilos of cocaine. Count two: I possessed a firearm</u>

1

*after having been previously convicted of a felony in the state of C.T. Knowing that I illegally possessed it.*

I DECLARE THE FOLLOWING:

    (1) I am represented by counsel and I am completely satisfied in all respects with the legal advice and counsel I have received.

    (2) I have received a copy of and have read, or have had read or interpreted to me, the Indictment/Information. I fully understand the Indictment/Information and I fully understand the elements of and the nature of the criminal offense(s) to which I intend to plead guilty. I understand that the Indictment/Information is just the procedure by which the government charges me with committing a criminal offense. I understand that under the law I am innocent of the charge(s) in the Indictment/Information unless and until the government proves me guilty.

(3) I have reviewed and discussed with my attorney the evidence which the government has against me. I have received a copy of and have read, or have had read or interpreted to me, the Plea Agreement. I fully understand, accept and agree to the terms of the Plea Agreement, including any terms waiving my right to appeal or to collaterally attack my sentence. I have decided that it is in my best interest to plead guilty and enter into the Plea Agreement because I am in fact guilty of the charge to which I am pleading.

(4) I have made this decision fully understanding that I have the following rights:

(a) to plead not guilty, and if I have pleaded not guilty, to continue to plead not guilty and not be forced to plead guilty;

(b) to a speedy and public jury trial;

(c) to be represented by counsel at trial and at every other stage of the proceeding whether in court or not—and if necessary, to have the Court appoint counsel for me;

(d) to have the government prove me guilty beyond a reasonable doubt to a unanimous jury;

(e) to confront and cross-examine witnesses against me at trial;

(f) to remain silent and not to say anything not in my interest—that is, to not incriminate myself;

(g) to testify and present evidence, and to compel the attendance of witnesses and production of physical evidence in my defense; and

(h) if I choose to exercise my right to not testify or to not present a

defense, to have the judge instruct the jury not to find me guilty solely because I exercised those rights.

(5) I fully understand and agree that if I plead guilty, I will waive these trial rights, including the presumption that I am innocent, the government's obligation to prove me guilty, and my right to remain silent and to not incriminate myself. I also understand that any statements I make can be used against me in this or any other prosecution.

(6) I offer my plea of "GUILTY" voluntarily and of my own free will. No one has forced, pressured, or threatened me in any way, nor has anyone promised me anything to make or influence me to plead guilty. I am pleading guilty voluntarily because I am in fact guilty of the charge(s) to which I am pleading guilty.

(7) I also fully understand that even if the Court accepts a plea of guilty, the Court is not bound by the Plea Agreement or my guideline stipulation with the government. I fully understand the Court has the sole discretion to impose my sentence, taking into consideration the Sentencing Guidelines and the sentencing factors under 18 U.S.C. § 3553(a).

(8) I fully understand the sentence which the Court may impose, including the minimum and maximum penalty, the term of imprisonment, fine, and term of supervised release, and I fully understand the Court's obligation to impose a special assessment and the Court's authority to order restitution and/or forfeiture, if applicable.

(9) I understand the immigration consequences of being charged with and

convicted of the offense(s) to which I intend to plead guilty, and that I may not challenge or appeal my conviction or sentence, or withdraw my plea, because of any immigration consequences.

(10) I am not under the influence of any drug, prescribed medication, nutritional supplement or other substance which might prevent me from understanding what I am being told or what I am doing. I have no medical condition which might prevent me from understanding what I am being told or what I am doing.

I request that the Court enter my plea of "GUILTY" now, as set forth above and in my Plea Agreement with the government, and in reliance upon my statements in this voluntary and knowing petition, which I make with the effective advice, counseling and other assistance of counsel with whom I am fully satisfied.

Signed by me in open court in the presence of my attorney at Hartford, Connecticut, this 17 day of July, 2018

_____
Defendant

## CERTIFICATE OF COUNSEL

The undersigned, as attorney and counselor for the defendant, <u>Orlando Quiros,</u> hereby certifies as follows:

(1) I have read and fully explained to the defendant all the accusations against the defendant which are set forth in the Indictment/Information in this case;

(2) To the best of my knowledge and belief each statement set forth in the foregoing petition is in all respects accurate and true;

(3) The plea of "GUILTY," as offered by the defendant in the foregoing petition, accords with my understanding of the facts as related to me by the defendant, and is consistent with my advice to the defendant;

(4) In my opinion, the defendant's waiver of the reading of the Indictment/Information in open court, and of all further proceedings upon arraignment as provided in the Federal Rules of Criminal Procedure, is voluntarily made; the defendant understood what he/she was doing when he/she waived the reading; and I recommend to the Court that the waiver be accepted by the Court;

(5) In my opinion the plea of "GUILTY," as offered by the defendant in the foregoing petition, is voluntarily and understandingly made, and I recommend to the Court that the plea of "GUILTY" be now accepted and entered on behalf of the defendant as requested in the defendant's petition;

(6) I have read and understood and explained to the defendant all the provisions of Rules 10 and 11 of the Federal Rules of Criminal Procedure, and I

believe the defendant understands the substance of both of those Rules;

    (7)    I have no conflict of interest in my representation of the defendant.

    (8)    I have caused a copy of the foregoing petition, completed by the defendant, to be delivered to the Assistant United States Attorney in charge of this case prior to the parties' appearance in Court at the plea proceeding.

Signed by me in open court and in the presence of the defendant above named at Hartford, Connecticut, this 17 day of July, 2018.

_____
Attorney for the defendant

2

## ORDER

Good cause appearing from the foregoing petition of the defendant above named and the certificate of his counsel, and from all proceedings heretofore had in this case, it is hereby ORDERED that the petition be granted and that the defendant's plea of "GUILTY" be accepted and entered as prayed in the defendant's petition and as recommended in the certificate of his counsel.

Conducted in open court in Hartford, Connecticut, this 17th day of July, 2018.

/s/ Robert A. Richardson

**United States Magistrate Judge**