UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2018 JUL 17 P 3:48
US DISTRICT COURT
HARTFORD CT

------------------------------------------------x
UNITED STATES OF AMERICA  :  Crim. No. 3:17CR00160 (VLB)

v.  :

ORLANDO QUIROS  :  July 17, 2018
------------------------------------------------x

### **FINDINGS AND RECOMMENDATION ON A PLEA OF GUILTY**

The captioned matter was referred to the undersigned by the Honorable Vanessa L. Bryant. On July 17, 2018, a hearing was conducted, in open court and on the record, with the written consent of the defendant, counsel for the defendant and counsel for the United States, regarding the defendant's request to plead guilty to Counts One and Five of the superseding Indictment. Based upon the answers given by the defendant under oath and in the presence of counsel; the remarks of defense counsel and counsel for the government; and the written representations in the plea agreement, I find the following:

- Mr. Quiros is competent to plead;

- he understands the charges against him;

- he knows he has the right to be represented by counsel at trial and at every other stage of the proceeding, and is satisfied with her current counsel;

- he understands his right to trial, including the right to confront and cross-examine adverse witnesses, to be protected from compelled self-incrimination, to testify and present evidence, and to compel the attendance of witnesses;

- he knows the maximum possible sentence including the maximum possible

terms of imprisonment, supervised release, and the maximum potential fine that could be imposed;

- he knows that the Court is obligated to consider the advisory sentencing guidelines range, possible departures under the sentencing guidelines, and other sentencing factors under applicable sentencing law, and that all factual disputes at sentencing will be resolved by the Judge by a preponderance of the evidence;

- even though he is a citizen of the United States, he understands the immigration consequences and the other collateral consequences of a felony conviction;

- he understands his right to appeal, and that his limited waiver of that right is made knowingly and of his own free will;

- there is a factual basis for Mr. Quiros's plea, based on his remarks in open court and the factual representations made by the government in open court; and

- Mr. Quiros's waiver of rights and plea of guilty have been knowingly and voluntarily made and not coerced.

Accordingly, I hereby **RECOMMEND** that the defendant's plea of guilty be accepted.

Dated this 17th day of July, 2018, at Hartford, Connecticut.

/s/ Robert A. Richardson
Robert A. Richardson
United States Magistrate Judge