# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:16-cr-160 (VLB) |
| v. ) | |
| ) | |
| ORLANDO QUIROS ) | June 23, 2020 |

## MOTION FOR COMPASSIONATE RELEASE PURSUANT TO 18 U.S.C. § 3582(c)

Orlando Quiros, by counsel, hereby moves for the Court to amend his sentence to "time served", pursuant to 18 U.S.C. § 3582(c), due to the extraordinary and compelling reasons presented by the dangerous combination of Mr. Quiros' health conditions and the risk of his contracting the coronavirus COVID-19 while in custody.

Mr. Quiros suffers from Pemphigus Vulgaris, which puts him at greater risk from the coronavirus, and he resides within the prison system, which is an anticipated epicenter of the coronavirus pandemic.

While considering the need for punishment, deterrence, and promoting respect for the law, further incarceration is not warranted under these circumstances. As detailed in the memorandum of law to be filed hereafter, the Court should take the step made more available by the First Step Act to release him to reside with his family, specifically his child's mother, who has supported him throughout this process.

WHEREFORE, the Defendant requests that the Court grant this motion and amend the judgment to a prison term of "time served" so that Mr. Quiros is promptly released.

Respectfully submitted,
Ashley H. Meskill

/s/Ashley H. Meskill
By Ashley H. Meskill (phv10217)
**FEDERAL DEFENDER'S OFFICE**
10 Columbus Boulevard, 6th Floor
Hartford, CT 06106
Tel:   (860) 493-6260
Fax:   (860) 493-6269
email: ashley_meskill@fd.org

## CERTIFICATION OF SERVICE

This is to certify that on June 23, 2020, a copy of the foregoing was filed electronically via the Court's CM/ECF system, and by that system, counsel for the Government has been provided with a copy of the foregoing.

/s/Ashley H. Meskill
Ashley H. Meskill